IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHMAL WILLIAMS, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : NO. 16-2903 |
| ORTIZ, et al. | : |
| Defendants. | : |

FILED MAR 27 2019 KATE BARKMAN, Clerk By _____ Dep. Clerk

## ORDER

AND NOW, this 26th day of March, 2019, upon consideration of Defendant Warden David Ortiz's Motion to Dismiss (Doc. No. 41), and absent any response by Plaintiff, it is hereby **ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall have **thirty (30) days** from the date of this Order in which to file an Amended Complaint consistent with the accompanying Memorandum Opinion.

BY THE COURT:

MITCHELL S. GOLDBERG, J.